UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURFORD CAPITAL LLC,

    Plaintiff,

    v.

HARRY SARGEANT, III,

    Defendant.

Case No. 1:18-mc-00150

**NOTICE OF MOTION OF BURFORD CAPITAL LLC
TO QUASH OR MODIFY SUBPOENA DUCES TECUM
AND FOR A PROTECTIVE ORDER**

PLEASE TAKE NOTICE that Plaintiff Burford Capital LLC ("Burford"), by and through its undersigned counsel, relying upon (i) its Memorandum of Law in Support of its Motion To Quash or Modify Subpoena Duces Tecum and for a Protective Order and (ii) the Exhibits annexed thereto, will move this Court, at a date and time to be determined by the Court, before a judge to be assigned, pursuant to Federal Rules of Civil Procedure 26(c) and 45(d), for (i) an order quashing a subpoena duces tecum (the "Subpoena") commanding performance in this District issued by Defendant Harry Sargeant, III, on non-party Burford, or, in the alternative, (ii) a protective order limiting the scope of the Subpoena. Oral argument is requested.

Dated:  April 17, 2018 					Respectfully submitted,

/s/ *Derek T. Ho*
Derek T. Ho (DH0104)
Andrew E. Goldsmith (AG7360)
**KELLOGG, HANSEN, TODD, FIGEL**
**& FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dho@kellogghansen.com
agoldsmith@kellogghansen.com

*Attorneys for Burford Capital LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April 17, 2018, I caused true and correct copies of the foregoing to be delivered by mail and electronic mail to the counsel listed below.

/s/ *Derek T. Ho*
Derek T. Ho

## SERVICE LIST

Gregory W. Coleman, Esq.
gcoleman@lawclc.com
**CRITTON, LUTTIER & COLEMAN**
303 Banyan Boulevard, Suite 400
West Palm Beach, Florida 33401
*Attorney for Plaintiff Harry Sargeant, III*

Christopher M. Kise, Esq.
ckise@foley.com
Melissa B. Coffey, Esq.
mcoffey@foley.com
Joshua M. Hawkes, Esq.
jhawkes@foley.com
**FOLEY & LARDNER LLP**
106 East College Avenue, Suite 900
Tallahassee, Florida 32301-7732
*Attorneys for Plaintiff Harry Sargeant, III*

Ramon A. Abadin, Esq.
rabadin@abadinlaw.net
**RAMON A. ABADIN, P.A.**
2333 Ponce de Leon Boulevard
BAC Colonnade – Suite 314
Coral Gables, Florida 33134
*Attorney for Plaintiff Harry Sargeant, III*

Mitchell E. Widom, Esq.
mwidom@bilzin.com
Yazmin Fernandez-Acuna, Esq.
yfernandez-acuna@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
*Attorneys for Maroil Trading Inc., Wilmer Ruperti Pedromo and Sea Pioneer Shipping Corporation*

Michael J. Garofola, Esq.
mjg@msf-law.com
Alexander D. Pencu, Esq.
adp@msf-law.com
Christopher J. Major, Esq.
cjm@msf-law.com
**MEISTER SEELIG & FEIN LLP**
125 Park Avenue, 7th Floor
New York, NY 10017
*Attorneys for Maroil Trading Inc., Wilmer Ruperti Pedromo and Sea Pioneer Shipping Corporation*

Jonathan L. Williams, Esq.
jwilliams@lashgoldberg.com
Lorelei J. Van Wey, Esq.
lvanwey@lashgoldberg.com
Martin Goldberg, Esq.
mgoldberg@lashgoldberg.com
**LASH & GOLDBERG LLP**
Miami Tower
100 S.E. Second Street, Suite 1200
Miami, Florida 33131
*Attorneys for Defendant Andrew Preston*

Jeffrey Scott Wertman, Esq.
jwertman@bergersingerman.com
**BERGER SINGERMAN**
Las Olas Centre II
350 E Las Olas Boulevard, Suite 1000
Fort Lauderdale, Flordia 33301
*Attorney for Defendant Daniel Sargeant*

Charles H. Lichtman, Esq.
clichtman@bergersingerman.com
**BERGER SINGERMAN**
Las Olas Centre II
350 E Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
*Attorney for Intervenor Latin American Investments, Ltd.*